IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 09-cv-430-WDS |
| | ) |
| SHARON SANDERS, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION

1. I am employed as a revenue officer in the Small Business/Self-Employed Division of the Internal Revenue Service at Decatur, Illinois 62522.

2. In my capacity as a revenue officer, I am attempting to collect the tax liabilities of Sharon Sanders for the calendar years ending December 31, 1994, December 31, 1995, December 31, 1996, and December 31, 1997.

3. In furtherance of the above-describe collection activity and in accordance with section 7602 of Title 26, U.S.C., I issued on May 30, 2007, an Internal Revenue Service summons, Form 6637, to Sharon Sanders, to give testimony and to produce for examination documents and records related to assets, liabilities, or accounts held in Sharon Sanders's name (the "summons"). A copy of the summons is attached as Exhibit A to the United States of America's Complaint to Enforce Internal Revenue Summons.

4. In accordance with section 7603 of Title 26, U.S.C., I served an attested copy of the summons described paragraph 3 above on defendant, Sharon Sanders, by taping it to the door of Sharon Sanders's last and usual place of abode, as evidenced by the certificate of service on the reverse side of the summons.

Exhibit A

5. On June 20, 2007, Sharon Sanders appeared with her counsel, Jerrold Barringer. I asked Ms. Sanders if she brought the summoned information. She said she had, and it appeared she had a couple of envelopes with her. Mr. Barringer said she had the information I had summoned but due to the Collection Due Process hearing pending, he considered it improper for me to ask her any question about collections. He said the Paperwork Reduction Act prevented the IRS from requiring the information I had requested. Ms. Sanders's failure to comply with the summons continues to the date of this declaration.

6. The documents, records, and other data sought in the summons are not already in possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the documents, records, or other data sought by the summons in order to properly collect the federal tax liabilities of Sharon Sanders for the calendar years ending December 31, 1994, December 31, 1995, December 31, 1996, and December 31, 1997.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2009.

_____
ARLIE ALEXANDER
Revenue Officer



# Summons

## Collection Information Statement

In the matter of  SHARON SANDERS, GENERAL DELIVERY, RAMESY, IL 62080-9999
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 4 (24)
Periods:  Form 1040 for the calendar periods ending December 31, 1994, December 31, 1995, December 31, 1996 and December 31, 1997

### The Commissioner of Internal Revenue

To:  SHARON SANDERS
At:  GENERAL DELIVERY, RAMSEY, IL 62080-9999

You are hereby summoned and required to appear before ARLIE ALEXANDER, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

    From 04/30/2006   To 05/29/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

306 W. ELDORADO, DECATUR, IL 62522   (217) 429-9763

Place and time for appearance: At  306 W. ELDORADO, DECATUR, IL 62522

on the  15th  day of  June , 2007  at  10:00  o'clock  a  m.

**IRS**

Issued under authority of the Internal Revenue Code this  30th  day of  May , 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov

ARLIE ALEXANDER  *Arlie Alexander*   REVENUE OFFICER
Signature of Issuing officer                                    Title

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

Signature of approving officer *(if applicable)*                Title

Exhibit B

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

certify that I served the summons shown on the front of this form on:

Date: 5-31-07   Time: 12:50 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
left summons in envelope taped to residence entrance door

Signature: Arlie Alexander   Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: Arlie Alexander   Title: Revenue Officer

Catalog No. 25000Q   Form 6637 (Rev. 10-2006)